**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SALT LIFE BEVERAGE, LLC,<br><br>  Debtor.<br><br>Employer Tax I.D. No. 82-4588436 | Chapter 11<br><br>Case No. 24-11468 (LSS)<br><br>**Re: Docket No. 2** |
| In re:<br><br>DELTA APPAREL, INC.,<br><br>  Debtor.<br><br>Employer Tax I.D. No. 58-2508794 | Chapter 11<br><br>Case No. 224-11469 (LSS)<br><br>**Re: Docket No. 2** |
| In re:<br><br>SALT LIFE, LLC,<br><br>  Debtor.<br><br>Employer Tax I.D. No. 26-4526136 | Chapter 11<br><br>Case No. 24-11470 (LSS)<br><br>**Re: Docket No. 2** |
| In re:<br><br>M. J. SOFFE, LLC,<br><br>  Debtor.<br><br>Employer Tax I.D. No. 20-0262056 | Chapter 11<br><br>Case No. 24-11471 (LSS)<br><br>**Re: Docket No. 2** |

94951238.2

| | |
|---|---|
| In re:<br><br>CULVER CITY CLOTHING COMPANY,<br><br>Debtor.<br><br>Employer Tax I.D. No. 20-3214619 | Chapter 11<br><br>Case No. 24-11472 (LSS)<br><br>**Re: Docket No. 2** |
| In re:<br><br>DTG2GO, LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 27-1476498 | Chapter 11<br><br>Case No. 24-11473 (LSS)<br><br>**Re: Docket No. 2** |
| In re:<br><br>SALT LIFE BEVERAGE MANAGEMENT, LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 30-1037886 | Chapter 11<br><br>Case No. 24-11474 (LSS)<br><br>**Re: Docket No. 2** |

### ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "**Order**") directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only; and upon the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the Debtors consent to entry of a final order

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

- 2 -

94951238.2

- 3 -

under Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases shall be jointly administered by the Court and consolidated for procedural purposes only under the case of Salt Life Beverage, LLC, Case No. 24-11468 (LSS).

3. The caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SALT LIFE BEVERAGE, LLC, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-11468 (LSS)<br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Salt Life Beverage, LLC, a Delaware limited liability company (8436), Delta Apparel, Inc., a Georgia corporation (8794), Salt Life, LLC, a Georgia limited liability company (6136), M. J. Soffe, LLC, a North Carolina limited liability company (2056), Culver City Clothing Company, a Georgia corporation (4619), DTG2Go, LLC, a Georgia limited liability company (6498), and Salt Life Beverage Management, LLC, a Delaware limited liability company (7886). The location of the Debtors' headquarters and mailing address is 2750 Premiere Parkway, Suite 100, Duluth, Georgia 30097.

94951238.2

4. The Clerk of this Court shall make a docket entry in each Chapter 11 Case (except that of Salt Life Beverage, LLC) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Salt Life Beverage, LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Salt Life Beverage, LLC, Case No. 24-11468 (LSS), should be consulted for all matters affecting this case."

5. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. Notice of the Motion as provided therein shall be deemed good and sufficient, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

**Dated: July 2nd, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

94951238.2